**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**DAVID YURMAN HOLDINGS LLC,**<br><br>          Defendant. | Civil Action No.: 1:21-cv-00256-LY<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant David Yurman Holdings LLC in the within action WITHOUT PREJUDICE. David Yurman Holdings LLC has not served an answer or a motion for summary judgment.

Dated: May 12, 2021

Jay Johnson
KIZZIA & JOHNSON, PLLC
1910 Pacific Avenue – Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165
Email: jay@kjpllc.com

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Andrew S. Curfman*
Andrew S. Curfman (*Pro hac vice*)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 12, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                                           */s/ Andrew S. Curfman*
                                                                           Andrew S. Curfman